# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0229
_____

EDWIN MARCUS LAMUG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

July 30, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edwin Marcus Lamug, pro se, Appellant.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.